# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

JESSICA HUGHES                                                                       PLAINTIFF

VS.                                                 CIVIL ACTION NO. 3:18-CV-044-GHD-JMV

CITY OF SOUTHAVEN, MISSISSIPPI, et al.                         DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

This case is before the court pursuant to L.U.Civ.R. 16(b)(3)(B). Rule 16(b)(3)(B) provides:

[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

Defendants filed a motion [18] to dismiss for lack of jurisdiction on April 22, 2018. Accordingly, those proceedings specifically enumerated in L.U.Civ.R. 16(b)(3)(B) are STAYED pending a ruling on the jurisdiction motion.

**THIS**, the 30th day of April, 2018.

                                                       /s/ Jane M. Virden
                                                       U. S. Magistrate Judge