IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JESSICA HUGHES                                                                                              PLAINTIFF

V.                                                                        CAUSE NO. 3:18CV044-GHD-JMV

CITY OF SOUTHAVEN, MISSISSIPPI, ET AL.                                            DEFENDANTS


## ORDER LIFTING STAY AND SETTING RESPONSE DEADLINE

The undersigned conducted a telephonic status conference today during which Counsel for Plaintiff reported that the related state criminal proceeding has been resolved. By Order [26] and Memorandum Opinion [27] entered on May 17, 2018, Plaintiff's claims for monetary relief were stayed pending resolution of the criminal matter. Because the criminal matter is resolved, the stay is hereby LIFTED, and this matter will be set for a case management conference by separate notice. Further, any response to Plaintiff's second amended complaint that was stayed by operation of the district judge's May 17 Order must be filed on or before December 31, 2018.

THIS, the 12th day of December, 2018.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE